# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Kelly Patricia Medlen** | JUVENILE: No |
| DEFENSE ATTORNEY: | CR 19-0409-S BLW |
| Address: | PUBLIC or SEALED: Public |
| | SERVICE TYPE: Warrant |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | ISSUE: Yes |
| INVESTIGATIVE AGENT: Rick Near | INTERPRETER: No |
| Telephone No.: (307) 631-9424 | If YES, language: |
| AGENCY: United States Secret Service | |
| CASE INFORMATION: | RELATED COMPLAINT: No CASE NUMBER: |

Stamp: U.S. COURTS / DEC 11 2019 / Rcvd____ Filed____ Time____ / STEPHEN W. KENYON / CLERK, DISTRICT OF IDAHO

## CRIMINAL CHARGING INFORMATION

| | | | |
|---|---|---|---|
| CHARGING DOCUMENT: **Indictment** | | | |
| Felony: **Yes** | | County of Offense: **Ada** | |
| Class A Misdemeanor: **No** | | Estimated Trial Time: **2 days** | |
| Class B or C Misdemeanor: **No** (Petty Offense) | | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. §§ 471 and 2 | ONE | Counterfeiting and Forging Obligations or Securities of the United States | Not more 20 years imprisonment and/or $250,000 fine, up to 3 years supervised release, $100 Special Assessment |
| 18 U.S.C. §§ 471 and 2 | TWO | Counterfeiting and Forging Obligations or Securities of the United States | Not more 20 years imprisonment and/or $250,000 fine, up to 3 years supervised release, $100 Special Assessment |
| 18 U.S.C. §§ 473 and 2 | THREE | Dealing in Counterfeit Obligations | Not more 20 years imprisonment and/or $250,000 fine, up to 3 years supervised release, $100 Special Assessment |
| 18 U.S.C. §§ 492, 982(a)(2)(B), and 28 U.S.C. § 2461(c) | FORFEITURE | Criminal Forfeiture Allegations | Forfeiture of listed items |

Date: 10 December 2019

Assistant U.S. Attorney: KATHERINE L. HORWITZ
Telephone No.: (208) 334-1155